Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number:  6:19-po-00103-JDP |
|---|---|
| Plaintiff, | |
| | **MOTION TO VACATE REVIEW HEARING AND DISMISS CASE PURSUANT TO A DEFERRED JUDGEMENT AGREEMENT; AND ORDER THEREON** |
| CEDRIC A. ARAUZO, | |
| Defendant. | |

On June 25, 2019, Defendant pled guilty to Possession of a Controlled Substance. Pursuant to a Deferred Judgement Agreement, he was to serve 12 months of unsupervised probation with the conditions he: report for post arraignment booking, obey all laws, report any new law violations within 7 days, and pay a fine of $1,000.  A review hearing was scheduled for May 19, 2020.

The United States, by and through its representative, Sean O. Anderson hereby moves the Court for an Order to Vacate the review hearing on May 19, 2020.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court.  Further, the Defendant has met all conditions of the Deferred Judgement Agreement, and the United States

//

1

hereby moves the Court for an Order of Dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Dated:  May 12, 2020           /S/ Sean O. Anderson_____
　　　　　　　　　　　　　　　Sean O. Anderson
　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　Yosemite National Park

**ORDER**

Upon application of the United States, good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for May 19, 2020, in the above-referenced matter, *United States v. Arauzo*, 6:19-po-00103-JDP, be vacated. The case is hereby dismissed.

IT IS SO ORDERED.

Dated:   May 18, 2020                                   _____
                                                         UNITED STATES MAGISTRATE JUDGE

3